COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-256-CV

 

INTERNATIONAL
UNDERWRITERS                                          APPELLANT

GENERAL
AGENCY, INC.                                                                      

                                                   V.

 

GE
REINSURANCE CORPORATION                                            APPELLEE

                                                                                                        

                                               ----------

                  FROM
THE 141ST COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Restricted Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue. 
See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.  

 

DELIVERED:  January 4, 2007  











[1]See Tex. R. App. P. 47.4.